UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| WILLIAM DUNCAN, an individual,<br><br>         Plaintiff,<br><br>v.<br><br>INSERV COMPANY, INC., a California Corporation,<br><br>         Defendant. | Case No.  2:12-CV-01712-WBS-JFM<br><br>**ORDER GRANTING DISMISSAL WITH PREJUDICE**<br>**[FED R. CIV. P. 41(a)]** |

   IT IS HEREBY ORDERED THAT pursuant to stipulation, by and between the parties to this action through their designated counsel, the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a).  Each party will bear his or its own costs and attorneys' fees.

DATED: October 30, 2012

*/s/ William B. Shubb/*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

254869.1.00592.004