UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| WILLIAM DUNCAN, an individual, | Case No.  2:12-CV-01712-WBS-JFM |
| Plaintiff, | **ORDER GRANTING DISMISSAL WITH PREJUDICE** |
| v. | **[FED R. CIV. P. 41(a)]** |
| INSERV COMPANY, INC., a California Corporation, | |
| Defendant. | |

IT IS HEREBY ORDERED THAT pursuant to stipulation, by and between the parties to this action through their designated counsel, the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a).  Each party will bear his or its own costs and attorneys' fees.

DATED: October 30, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

254869.1.00592.004